# IN THE SUPREME COURT OF ALABAMA



June 7, 2024

SC-2023-0912

Ex parte Costillo Arteen Johnson (In re: Costillo Arteen Johnson v. D.A. Robert Drake) (Montgomery Circuit Court: CV-23-196).

## **ORDER**

This Court has elected to treat the appeal filed by Costillo Arteen Johnson as a petition for the writ of mandamus. The petition for writ of mandamus in this cause is denied.

MITCHELL, J. -- Parker, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.

**Witness my hand on June 7, 2024.**

**Clerk of Court,**
**Supreme Court of Alabama**